IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| *v.* | § § | 6:23-CR-00188-ADA-1 |
| **ALLEN PEREZ-PEREZ** | § § | |

### ORDER ADOPTING MAGISTRATE
### JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge. ECF No. 68. The Report recommends that the defendant's Motion to Suppress (ECF No. 43) be denied. A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Defendant filed objections on October 25, 2024. ECF No. 71. The Court has conducted a de novo of the Report and Recommendation and the Motion to Suppress. After thorough review of the Report, Defendant's objection, and the applicable law, the Court finds that Defendant's Motion to Suppress should be denied.

**IT IS THEREFORE ORDERED** that Defendant's objections to the Report and Recommendation (ECF No. 71) are **OVERRULED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation of United States Magistrate Judge Gilliland (ECF No. 68) is **ACCEPTED AND ADOPTED**. The Defendant's Motion to Suppress is **DENIED**.

**SIGNED this 24th day of February 2025.**

**ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**